**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LISA ANDERSON, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 1:26-cv-01084 |
| v. | |
| AMERICAN DENTAL ASSOCIATES, LTD., | |
| Defendant. | |

**DECLARATION OF KEN LENTZ IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS**

I, Ken Lentz, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am a technology consultant and the principal of InTune Digital, a technology consulting firm. I have worked in web development, website maintenance, and digital technology consulting for over 25 years. My work includes website design, development, hosting, and ongoing technical support for businesses of various sizes.

3. I have served as the technology consultant for American Dental Associates, Ltd. ("American Dental" or "the Company") in connection with the Company's website at atooth.com (the "Website"). I am familiar with the Website's design, architecture, and content management system.

4. On or about December 15, 2025, Dhiraj Sharma, the President and principal of American Dental, contacted me regarding a demand letter the Company had received alleging that the Website contained accessibility barriers. Mr. Sharma asked me to evaluate the Website's accessibility and to undertake remediation of any barriers as quickly as possible.

5. I understood from Mr. Sharma that the demand letter identified three specific accessibility concerns: (1) the absence of a "Skip to content" link that would allow screen-reader users to bypass repeated navigation elements; (2) drop-down sub-menus that were not operable using keyboard-only navigation; and (3) date and time selection controls on the appointment scheduling page that were not focusable using the Tab key.

6. I commenced remediation work on the Website on or about January 8, 2026. My remediation work was comprehensive and was not limited to the three specific barriers identified in the demand letter. I undertook a broader review of the Website's accessibility and made structural changes to improve accessibility across the entire site.

7. The manual remediation work I performed included, but was not limited to, the following categories of structural changes to the Website's HTML source code:

   a. ARIA Attributes: I added Accessible Rich Internet Applications ("ARIA") attributes to interactive elements throughout the Website. ARIA attributes provide semantic information to assistive technologies such as screen readers, enabling them to convey the purpose and state of interactive elements to users with disabilities. For example, I added role attributes (such as role="navigation," role="button," and role="heading") to elements that lacked proper semantic markup, and added aria-label attributes to provide descriptive text for elements that would otherwise be unidentifiable to screen-reader users.

b.      Heading Hierarchy: I restructured the heading hierarchy across the Website's pages to ensure a logical, sequential structure (h1, h2, h3, etc.) that screen readers can use to help users navigate and understand the content's organization. Prior to remediation, certain pages contained heading levels that were out of order or skipped levels, which can disorient screen-reader users.

c.      Keyboard Navigation: I installed keyboard event handlers to ensure that interactive elements—including menus, buttons, form fields, and links—could be accessed and operated using only the keyboard (Tab, Shift+Tab, Enter, Escape, and arrow keys), without requiring the use of a mouse. This addressed the specific concern that drop-down sub-menus and date/time selection controls were not keyboard-accessible.

d.      Navigation Landmark Roles: I assigned ARIA navigation landmark roles to the Website's primary and secondary navigation areas, allowing screen readers to identify and announce these regions so that users can orient themselves within the page structure.

e.      Link Remediation: I reviewed and corrected link elements across the Website to ensure that links were properly labeled, that links opening new windows or navigating to external sites provided appropriate notice to assistive technology users, and that the homepage logo link contained appropriate alternative text.

8.      These changes involved modifications to the Website's underlying HTML source code and are permanent, structural changes embedded in the Website's architecture. They are not cosmetic overlays or temporary adjustments. These changes cannot be undone by inadvertence; they would have to be affirmatively and deliberately removed from the source code.

9. My remediation work was substantially complete by February 5, 2026, before the Complaint in this action was served on American Dental. The work had been ongoing for approximately four weeks at that point.

10. On or about February 5, 2026, at my recommendation, American Dental deployed accessiBe's accessWidget tool on the Website. I recommended accessiBe as a supplement to—not a substitute for—the manual remediation work I had already performed. The purpose of deploying accessiBe was twofold: (a) to provide additional remediation of accessibility issues that could benefit from automated detection and correction; and (b) to provide continuous, automated monitoring of the Website's accessibility going forward, so that any new accessibility barriers introduced through future content updates would be automatically detected and addressed.

11. The accessiBe accessWidget tool is an AI-based application that runs in the background of the Website at all times. It continuously scans the Website's pages, identifies elements that may present accessibility barriers, and applies automated corrections. The tool adapts the Website's HTML and behavior for screen readers used by blind users and for keyboard-only navigation used by individuals with motor impairments. The tool is designed to maintain accessibility on an ongoing basis, even as the Website's content is updated or changed.

12. On February 6, 2026, the accessiBe system generated a Remediation Summary Report for the Website. A true and correct copy of the Remediation Summary Report is attached hereto as Exhibit 1.

13. The Remediation Report documents a total of 500 individual remediations across the Website. These remediations are organized by asset category and include:

    a.   Keyboard Navigation: 46 remediations, addressing issues with Tab-key focus, keyboard event handlers, and interactive element operability;

16. On February 8, 2026, I assisted American Dental in publishing an Accessibility Statement on the Website. A true and correct copy of the Accessibility Statement is attached hereto as Exhibit 2.

17. The Accessibility Statement publicly commits American Dental to compliance with WCAG 2.1 at the AA level. It describes the accessibility technologies deployed on the Website, including the accessiBe accessWidget tool. It identifies the disability profiles supported by the Website, including profiles for blind users (screen readers), vision-impaired users, users with cognitive disabilities, users with ADHD, users with epilepsy/seizure disorders, and motor-impaired users (keyboard navigation). It also provides a contact email address (ken@intunedigital.com) for reporting any accessibility concerns.

18. I continue to serve as American Dental's technology consultant and maintain an ongoing professional relationship with the Company for website maintenance and accessibility compliance. The accessiBe accessWidget tool remains deployed on the Website and continues to operate on a continuous, automated basis.

19. Should any new accessibility barrier be identified on the Website—whether through the automated monitoring tool, user feedback via the Accessibility Statement's contact mechanism, or any other means—I am prepared to address it promptly as part of my ongoing engagement with American Dental.

20. Based on the manual remediation work I performed, the supplemental automated remediations applied by the accessiBe tool, and the continuous monitoring infrastructure now in place, it is my professional opinion that the accessibility barriers identified in the demand letter and the Complaint have been fully addressed. The Website is designed to be accessible to individuals with disabilities, including visually impaired individuals who use screen-reading

software, and the ongoing monitoring and maintenance infrastructure is designed to ensure that the Website remains accessible on a continuing basis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2026

North Richland Hills, TX

Ken Lentz
Principal, InTune Digital

# EXHIBIT 1 TO DECLARATION OF KEN LENTZ

*accessiBe Remediation Summary Report for atooth.com*
*Dated February 6, 2026*



# Remediation summary report

This Remediation Report highlights the enhancements and solutions implemented by accessWidget, showcasing the accessibility improvements made to your website pages.

**atooth.com | February 6, 2026**

## Total remediations breakdown by user disability

**500**
Remediations



| | | |
|---|---|---|
| ⊙ Cognitive disability | 303 |
| ⊙ Vision impaired | 286 |
| ⚡ Seizures disorder | 8 |
| AD HD  ADHD | 286 |
| ⦸ Blindness | 286 |
| ♿ Motor impaired | 171 |

# Total remediations breakdown by assets



| | Remediations |
|---|---|
| Hiddens | 18 |
| Active Popups | 0 |
| Buttons | 50 |
| Carousels | 0 |
| Dropdowns | 8 |
| Form Fields | 0 |
| Headings | 132 |
| Images | 0 |
| Keyboard Navigation | 46 |
| Landmarks | 0 |
| Links | 41 |
| Navigations | 8 |
| Ratings | 0 |
| Sale Prices | 0 |
| Skip Links | 1 |

# Webpage: **atooth.com**

## Navigations

Navigation issues are related to how users move through content and determine where they are on a page or site, where problems may be experienced with keyboard and screen reader navigation, focus order and visibility, and intuitive access to content.

**Selector**

.symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix > #m-16ac0d22724

**Fixed Code**

```
<ul id="m-16ac0d22724" class="tve_w_menu tve_horizontal" data-iid="37" data-acsb-menu="ul" style="z-index: 12;" aria-label="Breadcrumbs" role="navigation"></ul>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor #thrive-footer .thrive-shortcode-html.thrive-symbol-shortcode .symbol-section-in .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone > .thrv_wrapper.thrv-columns

**Fixed Code**

```
<div class="thrv_wrapper thrv-columns" data-css="tve-u-169cbb59d5c" style="--tcb-col-el-width:1200;" role="navigation"></div>
```

# Dropdowns

Dropdown issues are related to the functionality and accessibility of dropdown controls, such as custom select fields or fly-out menus, and may include potential problems with keyboard operability, focus management, and screen reader compatibility.

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-1.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-1-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-1-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="azav6plrwtb"></ul>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-2.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-2-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-2-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="ao75bqn4aag"></ul>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-3.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-3-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-3-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="aruhxhr96rfb"></ul>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-7.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-7-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-7-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="awfqa0i3vsze"></ul>
```

# Links

Link issues are related to the clarity and functionality of elements that function as links, including unclear or ambiguous link text and/or labels that confuse users about their purpose or destination.

### Selector

.thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.variable-height .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box .tve-cb .thrv_wrapper.tve_image_caption .tve_image_frame > a[data-custom-button-processed="true"]

### Fixed Code

```
<a href="/" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;" data-acsb-hidden="false" data-acsb-force-visible="true"> | Redirects to homepage</span></a>
```

### Selector

.symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_text_element.tcb-tablet-hidden.tcb-mobile-hidden [data-css="tve-u-17860f95cb2"] > a[data-custom-button-processed="true"]

### Fixed Code

```
<a href="tel:773-819-6231" class="" style="outline: none;" data-css="tve-u-18da06b6615" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;" data-acsb-hidden="false" data-acsb-force-visible="true"> | Opens Phone</span></a>
```

### Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tcb-global-contentbox-kdsuv13d .tve-cb.tcb-global-contentbox-kdsuv13d-cb .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea0a35"] > a[data-custom-button-processed="true"]

### Fixed Code

```
<a href="https://www.google.com/maps/place/American+Dental/@41.9347932,-87.7682879,17z/data=!3m1!4b1!4m5!3m4!1s0x880fcc888393d015:0x1a1f0f9a6b6dc999!8m2!3d41.9347932!4d-87.7660992" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tcb-global-contentbox-kdsuv13d .tve-cb.tcb-global-contentbox-kdsuv13d-cb .thrv_wrapper.thrv-button.tcb-with-icon.tcb-flip.tcb-global-button-kdsuzxym > a.tcb-button-link

**Fixed Code**

```
<a href="https://atooth.com/locations/chicago-belmont-cragin/" class="tcb-button-link" data-acsb-overflower="true" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" aria-label="chicago belmont cragin | More Details"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations - </span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tcb-global-contentbox-kdsuv13d .tve-cb.tcb-global-contentbox-kdsuv13d-cb .thrv_wrapper.thrv-button.tcb-global-button-kdsv09pf > a.tcb-button-link

**Fixed Code**

```
<a href="https://bookit.dentrixascend.com/soe/new/dental?pid=ASC19000000000263&amp;amp;mode=externalLink" class="tcb-button-link" target="_blank" data-acsb-overflower="true" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea0b98"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://www.google.com/maps/place/American+Dental/@41.925297,-87.6713625,17z/data=!3m1!4b1!4m6!3m5!1s0x880fd2efe4c6adab:0xf5eddc23d8820b8b!8m2!3d41.925293!4d-87.6687822!16s%2Fg%2F1tl7p9mr!5m1!1e4?entry=ttu&amp;g_ep=EgoyMDI1MDgwNi4wIKXMDSoASAFQAw%3D%3D" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv-button.tcb-with-icon.tcb-flip > a.tcb-button-link

**Fixed Code**

```
<a href="https://atooth.com/locations/chicago-lincoln-park/" class="tcb-button-link" data-acsb-overflower="true" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" aria-label="chicago lincoln park | More Details"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations - </span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad .tve-
cb .thrv_wrapper.thrv-button.tcb-global-button-kdsv09pf.tcb-
local-vars-root > a.tcb-button-link

**Fixed Code**

```
<a href="https://bookit.dentrixascend.com/soe/new/dental?
pid=ASC19000000000261&amp;amp;mode=externalLink"
class="tcb-button-link" target="_blank" data-acsb-
overflower="true" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span data-acsb-sr-only="true" data-
acsb-hidden="false" data-acsb-force-visible="true"
style="position: absolute !important; width: 1px !important;
height: 1px !important; padding: 0px !important; overflow:
hidden !important; clip: rect(0px, 0px, 0px, 0px) !important;
border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad .tve-
cb .thrv_wrapper.thrv_text_element [data-css="tve-
u-63e57589ea0c14"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://www.google.com/maps/place/
American+Dental/@41.968435,-87.6915127,17z/data=!3m1!4b1!
4m5!3m4!1s0x880fd204e3bfb81f:0x11007c7752500330!8m2!
3d41.968435!4d-87.689324" target="_blank" class=""
style="outline: none;" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span data-acsb-sr-only="true" data-
acsb-hidden="false" data-acsb-force-visible="true"
style="position: absolute !important; width: 1px !important;
height: 1px !important; padding: 0px !important; overflow:
hidden !important; clip: rect(0px, 0px, 0px, 0px) !important;
border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad .tve-
cb .thrv_wrapper.thrv_text_element [data-css="tve-
u-63e57589ea0c83"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://www.google.com/maps/place/
American+Dental/@41.7993041,-87.7436417,17z/data=!3m1!
4b1!4m5!3m4!1s0x880e3174a38157ab:0x1559529d4426fc4e!
8m2!3d41.7993041!4d-87.7414477" target="_blank" class=""
style="outline: none;" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span data-acsb-sr-only="true" data-
acsb-hidden="false" data-acsb-force-visible="true"
style="position: absolute !important; width: 1px !important;
height: 1px !important; padding: 0px !important; overflow:
hidden !important; clip: rect(0px, 0px, 0px, 0px) !important;
border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea0ce8"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://www.google.com/maps/place/American+Dental/@41.6488633,-87.7788262,17z/data=!3m1!4b1!4m6!3m5!1s0x880e3ea7efcdff9d:0x3e97f6abc5de69a3!8m2!3d41.6488593!4d-87.7762459!16s%2Fg%2F1tgf3t0r!5m1!1e4?entry=ttu&amp;g_ep=EgoyMDI1MDgwNi4wIKXMDSoASAFQAw%3D%3D" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea0d63"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://www.google.com/maps/place/American+Dental/@41.8911655,-87.6508094,17z/data=!3m1!4b1!4m5!3m4!1s0x880e2d2177855cc9:0x2d5b572305946abd!8m2!3d41.8911655!4d-87.6486154" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea11a1"] [data-css="tve-u-18e7b83ec6e"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a class="" href="https://atooth.com/locations/chicago-midway-archer/" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations</span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea11e7"] span > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a class="" href="/locations/downtown-chicago/" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations - </span></a>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea1228"] [data-css="tve-u-63e57589ea1243"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://atooth.com/locations/chicago-palos-heights/" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations</span></a>
```

**Selector**

.thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--1 .tcb-flex-col .tcb-col .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea11a1"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="tel:%207739067255" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

.thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_scTC.tve_scTC1.tve-tc-visible .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea1358"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a class="" href="https://atooth.com/locations/chicago-belmont-cragin/" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations - </span></a>
```

**Selector**

.thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_scTC.tve_scTC1.tve-tc-visible .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea1378"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://atooth.com/locations/chicago-evergreen-park/" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span class="acsb-sr-only" data-acsb-sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-position="before" data-acsb-hidden="false">locations - </span></a>
```

**Selector**

.thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-mobile.tcb-resized.tcb--cols--3 .tcb-flex-col .tcb-col .tcb-clear .thrv_wrapper.thrive_author_links.thrv_social_custom.thrv_social_follow.tcb-local-vars-root.tve_links_style_2.tcb-custom-branding-social .tve_social_items.tve_social_custom.tcb-social-follow.tve_links_style_2.tve_social_itb.tcb-local-vars-root.tve-prevent-content-edit .tve_s_item.tve_s_fb_share.thrv_wrapper.tcb-local-vars-root > a.tve-dynamic-link

**Fixed Code**

```
<a href="https://www.facebook.com/
AmericanDentalAssociates/" class="tve-dynamic-link "
target="_blank" rel="nofollow" data-dynamic-
link="thrive_global_fields_url" data-shortcode-id="fb" data-
id="facebook" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span class="acsb-sr-only" data-acsb-
sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-
position="after" data-acsb-hidden="false">Facebook</span></a>
```

**Selector**

.thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-mobile.tcb-resized.tcb--cols--3 .tcb-flex-col .tcb-col .tcb-clear .thrv_wrapper.thrive_author_links.thrv_social_custom.thrv_social_follow.tcb-local-vars-root.tve_links_style_2.tcb-custom-branding-social .tve_social_items.tve_social_custom.tcb-social-follow.tve_links_style_2.tve_social_itb.tcb-local-vars-root.tve-prevent-content-edit .tve_s_item.tve_s_ig_share.thrv_wrapper > a.tve-dynamic-link

**Fixed Code**

```
<a href="https://www.instagram.com/atoothdental/" class="tve-
dynamic-link " target="_blank" rel="nofollow" data-dynamic-
link="thrive_global_fields_url" data-shortcode-id="ig" data-
id="icon-instagram" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span class="acsb-sr-only" data-acsb-
sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-
position="after" data-acsb-hidden="false">Instagram</span></
a>
```

**Selector**

.thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-mobile.tcb-resized.tcb--cols--3 .tcb-flex-col .tcb-col .tcb-clear .thrv_wrapper.thrive_author_links.thrv_social_custom.thrv_social_follow.tcb-local-vars-root.tve_links_style_2.tcb-custom-branding-social .tve_social_items.tve_social_custom.tcb-social-follow.tve_links_style_2.tve_social_itb.tcb-local-vars-root.tve-prevent-content-edit .tve_s_item.tve_s_yt_share.thrv_wrapper > a.tve-dynamic-link

**Fixed Code**

```
<a href="https://www.youtube.com/channel/
UCd_3jES3nGlBtXbqA4V82aw" class="tve-dynamic-link "
target="_blank" rel="nofollow" data-dynamic-
link="thrive_global_fields_url" data-shortcode-id="yt" data-
id="icon-youtube" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span class="acsb-sr-only" data-acsb-
sr-only="true" data-acsb-force-visible="true" data-acsb-sr-only-
position="after" data-acsb-hidden="false">YouTube</span></a>
```

**Selector**

.thrive-shortcode-html.thrive-symbol-shortcode .symbol-section-in .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-mobile.tcb-resized.tcb--cols--3 .tcb-flex-col .tcb-col .tcb-clear .thrv_wrapper.thrv-button.thrv-button-v2.tcb-local-vars-root > a.tcb-button-link.tcb-plain-text

**Fixed Code**

```
<a href="tel:7738196231" class="tcb-button-link tcb-plain-text"
target="_blank" style="" data-acsb-overflower="true" data-acsb-
clickable="true" data-acsb-navigable="true" data-acsb-now-
navigable="true" data-custom-button-processed="true"><span
data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-
force-visible="true" style="position: absolute !important; width:
1px !important; height: 1px !important; padding: 0px !important;
overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !
important; border: 0px !important;"> | New Window</span></a>
```

# Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-1.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-1-a.menu-item-1

**Fixed Code**

```
<a class="menu-item menu-item-1-a menu-item-1 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" data-acsb-tooltip="Use  /   to navigate" role="button"></a>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-2.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-2-a.menu-item-2

**Fixed Code**

```
<a class="menu-item menu-item-2-a menu-item-2 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" role="button"></a>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-3.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-3-a.menu-item-3

**Fixed Code**

```
<a class="menu-item menu-item-3-a menu-item-3 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" role="button"></a>
```

| Selector | Fixed Code |
|---|---|
| .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-7.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-7-a.menu-item-7 | \<a class="menu-item menu-item-7-a menu-item-7 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" role="button">\</a> |
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in .tcb-clear .thrv_wrapper.thrv-button.thrv-button-v2.tcb-local-vars-root > a.tcb-button-link.tcb-plain-text | \<a href="#" class="tcb-button-link tcb-plain-text" style data-acsb-overflower="true" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" role="button">\</a> |
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_et_tve-viewport.tve_anim_fade_in.tve_anim_start .tve-cb > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad | \<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad" data-css="tve-u-63e57589ea0470" style role="button" aria-label="Unlabelled" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true">\</div> |
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display.tve-state-expanded | \<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display tve-state-expanded" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-63e57589ea1298" data-selector="[data-css=&quot;tve-u-63e57589ea1260&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button">\</div> |

**Selector**

.tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > .tve_tS.tve-state-expanded

**Fixed Code**

```
<li class="tve_tS tve-state-expanded" data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></li>
```

**Selector**

.tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > [data-tve-custom-colour]

**Fixed Code**

```
<li class data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></li>
```

**Selector**

body > .acsb-trigger.acsb-widget

**Fixed Code**

```
<div class="acsb-trigger acsb-widget" role="button" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="false" data-acsb-hidden="true"></div>
```

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in > .thrv_wrapper.thrv_text_element

**Fixed Code**

```
<div class="thrv_wrapper thrv_text_element" style data-css="tve-u-19c303bc97e" role="heading" data-acsb-fake-title="true" aria-level="1"></div>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in .thrv_wrapper.thrv_text_element > [data-css="tve-u-19c303b8ff0"]

**Fixed Code**

```
<p data-css="tve-u-19c303b8ff0" style role="heading" data-acsb-fake-title="true" aria-level="2"></p>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_et_tve-viewport.tve_anim_fade_in.tve_anim_start

**Fixed Code**

```
<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad tve_evt_manager_listen tve_et_mouseover tve_ea_thrive_animation tve_et_tve-viewport tve_anim_fade_in tve_anim_start" data-css="tve-u-63e57589ea0441" style="cursor: pointer;" data-link-wrap="true" data-tcb-events="__TCB_EVENT_[{&quot;t&quot;:&quot;mouseover&quot;,&quot;config&quot;:{&quot;anim&quot;:&quot;wobble_horizontal&quot;,&quot;loop&quot;:1},&quot;a&quot;:&quot;thrive_animation&quot;},{&quot;t&quot;:&quot;tve-viewport&quot;,&quot;config&quot;:{&quot;anim&quot;:&quot;fade_in&quot;,&quot;loop&quot;:0},&quot;a&quot;:&quot;thrive_animation&quot;}]_TNEVE_BCT__" data-href="https://atooth.com/general-dentistry/" data-hash data-target role="heading" data-acsb-fake-title="true" aria-level="3"></div>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_et_tve-viewport.tve_anim_fade_in.tve_anim_start > .tve-cb

**Fixed Code**

```
<div class="tve-cb" data-css="tve-u-63e57589ea0533" style role="heading" data-acsb-fake-title="true" aria-level="3"></div>
```

## Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .tcb-
clear .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-
box.tve-elem-default-pad .tve-
cb .thrv_wrapper.thrv_text_element > [data-css="tve-
u-63e57589ea08c4"]

## Fixed Code

`<h2 class data-css="tve-u-63e57589ea08c4" style role="heading" aria-level="2"></h2>`

## Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone > .thrv_wrapper.thrv_text_element

## Fixed Code

`<div class="thrv_wrapper thrv_text_element" data-css="tve-u-63e57589ea08b9" role="heading" data-acsb-fake-title="true" aria-level="2"></div>`

## Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad.tcb-global-contentbox-
kdsuv13d .tve-cb.tcb-global-contentbox-kdsuv13d-cb
> .thrv_wrapper.thrv_text_element

## Fixed Code

`<div class="thrv_wrapper thrv_text_element" data-css="tve-u-63e57589ea0a04" role="heading" data-acsb-fake-title="true" aria-level="3"></div>`

## Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad .tve-cb
> .thrv_wrapper.thrv_text_element

## Fixed Code

`<div class="thrv_wrapper thrv_text_element" data-css="tve-u-63e57589ea0a04" role="heading" data-acsb-fake-title="true" aria-level="3"></div>`

## Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-
css="tve-u-63e57589ea0de3"]

## Fixed Code

`<p data-css="tve-u-63e57589ea0de3" style role="heading" data-acsb-fake-title="true" aria-level="2"></p>`

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad | `<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad" data-css="tve-u-63e57589ea0e54" role="heading" data-acsb-fake-title="true" aria-level="3"></div>` |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-63e57589ea10f7"] | `<h4 class data-css="tve-u-63e57589ea10f7" style="text-align: left;" role="heading" aria-level="2"></h4>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-63e57589ea1183"] | `<h4 class data-css="tve-u-63e57589ea1183" style="text-align: left; color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" role="heading" aria-level="2"></h4>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-18e7b82a9d8"] | `<h2 dir="ltr" style="text-align: left;" class data-css="tve-u-18e7b82a9d8" role="heading" aria-level="3"></h2>` |

| Selector | Fixed Code |
|---|---|
| .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--1 .tcb-flex-col .tcb-col .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element [data-css="tve-u-63e57589ea11a1"] > [data-css="tve-u-63e57589ea11c1"] | `<span data-css="tve-u-63e57589ea11c1" role="heading" data-acsb-fake-title="true" aria-level="4"></span>` |

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display.tve-state-expanded > .tve-toggle-text | `<h4 class="tve-toggle-text" style role="heading" aria-level="4"></h4>` |

| Selector | Fixed Code |
|---|---|
| .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element > [data-css="tve-u-63e57589ea1416"] | `<h2 class data-css="tve-u-63e57589ea1416" style="text-align: left;" role="heading" aria-level="2"></h2>` |

| Selector | Fixed Code |
|---|---|
| .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faqI .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element p > strong | `<strong role="heading" data-acsb-fake-title="true" aria-level="3"></strong>` |

# Keynav

Keynav issues are problems with navigating the site using only a keyboard, such as incorrect tab order, focus indicator visibility, or difficulty operating interactive elements.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in. tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode. thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_et_tve-viewport.tve_anim_fade_in.tve_anim_start .tve-cb > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad | &lt;div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad" data-css="tve-u-63e57589ea0470" style role="button" aria-label="Unlabelled" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"&gt;&lt;/div&gt; |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faql > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display.tve-state-expanded | &lt;div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display tve-state-expanded" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-63e57589ea1298" data-selector="[data-css=&quot;tve-u-63e57589ea1260&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"&gt;&lt;/div&gt; |

| Selector | Fixed Code |
|---|---|
| .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faql .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > .tve_tS.tve-state-expanded | &lt;li class="tve_tS tve-state-expanded" data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"&gt;&lt;/li&gt; |

| Selector | Fixed Code |
|---|---|
| .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq.tve-default-state-expanded .tve_faql .tve_faqC .thrv_wrapper.thrv_toggle_content.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > [data-tve-custom-colour] | &lt;li class data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"&gt;&lt;/li&gt; |

## Skip Links

Skip link issues are related to missing or non-functional skip links, which allow users to bypass repetitive content and navigate directly to the main content.

| Selector | Fixed Code |
| --- | --- |
| body > .notranslate | `<access-widget-ui data-acsb="skipLinks" class="notranslate"></access-widget-ui>` |

# Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

**Selector**

.thrive-shortcode-html.thrive-symbol-shortcode .symbol-section-in .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-mobile.tcb-resized.tcb--cols--3 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element [data-css="tve-u-16abc349202"] > [data-css="tve-u-1808675e674"]

**Fixed Code**

<span data-css="tve-u-1808675e674" style="color: var(--tcb-color-1);" data-acsb-hidden="true" aria-hidden="true"></span>

**Selector**

body > [data-olark="true"]

**Fixed Code**

<iframe data-olark="true" aria-hidden="true" title="Olark iframe intentionally blank" tabindex="-1" src="blob:https://atooth.com/c348b541-2070-49d4-8ecb-840ac0dbdda2" srcdoc="<html></iframe>

**Selector**

#hbl-live-chat-wrapper #olark-wrapper > #chat-box-announcer

**Fixed Code**

<div aria-live="assertive" aria-atomic="true" role="alert" id="chat-box-announcer" style="position: absolute; visibility: visible; overflow: hidden; display: block; width: 1px; height: 1px; margin: -1px; border: 0px; padding: 0px; clip: rect(0px, 0px, 0px, 0px); clip-path: polygon(0px 0px, 0px 0px, 0px 0px, 0px 0px); white-space: nowrap;" data-acsb-hidden="true" aria-hidden="true"></div>

**Selector**

#hbl-live-chat-wrapper #olark-wrapper > #olark-container

**Fixed Code**

<div id="olark-container" aria-label="olark chatbox" role="dialog" aria-modal="false" class="olark-hidden olark-size-md" aria-hidden="true" data-acsb-hidden="true"></div>

**Selector**

#hbl-live-chat-wrapper #olark-wrapper #olark-container .olark-top-bar button.olark-close-button > .olark-close-icon

**Fixed Code**

<svg class="olark-close-icon" width="20" height="20" viewBox="0 0 20 20" role="img" aria-hidden="true"></svg>

| Selector | Fixed Code |
|---|---|
| #olark-wrapper #olark-container .olark-module-wrapper .olark-overlay-module-container.olark-no-message-form .olark-offline-survey #olark-custom-survey-form .olark-survey-form-inner .olark-survey-form-page .olark-survey-form-item.olark-survey-form-item-name.olark-survey-form-is-required .olark-survey-form-req-icon > svg | `<svg viewBox="0 0 20 20" enable-background="new 0 0 20 20" x="0" y="0" fill="currentcolor" aria-hidden="true"></svg>` |

| Selector | Fixed Code |
|---|---|
| #olark-wrapper #olark-container .olark-module-wrapper .olark-overlay-module-container.olark-no-message-form .olark-offline-survey #olark-custom-survey-form .olark-survey-form-inner .olark-survey-form-page .olark-survey-form-item.olark-survey-form-item-email.olark-survey-form-is-required .olark-survey-form-req-icon > svg | `<svg viewBox="0 0 20 20" enable-background="new 0 0 20 20" x="0" y="0" fill="currentcolor" aria-hidden="true"></svg>` |

| Selector | Fixed Code |
|---|---|
| #olark-wrapper #olark-container .olark-module-wrapper .olark-overlay-module-container.olark-no-message-form .olark-offline-survey #olark-custom-survey-form .olark-survey-form-inner .olark-survey-form-page .olark-survey-form-item.olark-survey-form-item-phone.olark-survey-form-is-required .olark-survey-form-req-icon > svg | `<svg viewBox="0 0 20 20" enable-background="new 0 0 20 20" x="0" y="0" fill="currentcolor" aria-hidden="true"></svg>` |

| Selector | Fixed Code |
|---|---|
| #hbl-live-chat-wrapper #olark-wrapper #olark-container .olark-branding-link a[data-custom-button-processed="true"] > svg | `<svg role="img" aria-hidden="true" width="40" height="20" viewBox="0 0 40 20" fill="none"></svg>` |

| Selector | Fixed Code |
|---|---|
| #hbl-live-chat-wrapper #olark-wrapper .olark-launch-button-wrapper.olark-text-button > .olark-svg-clip-path | `<svg class="olark-svg-clip-path" role="img" aria-hidden="true" focusable="false" aria-labelledby="olark-chat-button-clip-path-title" data-acsb-hidden="true"></svg>` |

| Selector | Fixed Code |
|---|---|
| #hbl-live-chat-wrapper #olark-wrapper .olark-launch-button-wrapper.olark-text-button .olark-button-focus-wrapper button.olark-launch-button.olark-size-md.olark-text-button .olark-button-text > .olark-envelope-icon | `<svg class="olark-envelope-icon" width="32" height="32" viewBox="0 0 32 32" aria-hidden="true" focusable="false" role="img" fill="none" data-acsb-hidden="true"></svg>` |

# Webpage: **https://atooth.com/endodontics**

## Navigations

Navigation issues are related to how users move through content and determine where they are on a page or site, where problems may be experienced with keyboard and screen reader navigation, focus order and visibility, and intuitive access to content.

**Selector**

.thrive-shortcode-html.thrive-symbol-shortcode.tve-default-state.tcb-mp .symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.da-slide1.tve-mobile-side-fullscreen.tve-regular.tcb-mp > .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix

**Fixed Code**

```
<div class="thrive-shortcode-html tve-custom-menu-type thrive-shortcode-html-editable tve_clearfix" style role="navigation"></div>
```

# Links

Link issues are related to the clarity and functionality of elements that function as links, including unclear or ambiguous link text and/or labels that confuse users about their purpose or destination.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element [data-css="tve-u-18e7bb5249f"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="tel:%20773-897-3218" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-178623202c1"]

**Fixed Code**

```
<h1 class data-css="tve-u-178623202c1" style role="heading" aria-level="1"></h1>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-18e7bb3328b"]

**Fixed Code**

```
<h2 data-css="tve-u-18e7bb3328b" style="text-align: left;" class role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone #centered-bullets > [data-css="tve-u-18e7bb52491"]

**Fixed Code**

```
<h2 class data-css="tve-u-18e7bb52491" dir="ltr" style="text-align: left;" role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone #centered-bullets > h2

**Fixed Code**

```
<h2 dir="ltr" style="text-align: left;" role="heading" aria-level="3"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section.tve-height-
update .tve-page-section-in.tve_empty_dropzone #centered-
bullets > [data-css="tve-u-18e7bb5249a"]

**Fixed Code**

<h2 class data-css="tve-u-18e7bb5249a" role="heading" aria-
level="2"></h2>

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section.tve-height-
update .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-
css="tve-u-18e7bb5249e"]

**Fixed Code**

<h2 dir="ltr" style="text-align: center;" data-css="tve-
u-18e7bb5249e" class role="heading" aria-level="2"></h2>

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section.tve-height-
update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.t
hrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pa
d.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_anim
ation.tve_anim_wobble_horizontal > .tve-cb

**Fixed Code**

<div class="tve-cb" data-css="tve-u-1786235b80f" style
role="heading" data-acsb-fake-title="true" aria-level="3"></div>

# Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone #centered-bullets > [data-css="tve-u-18e7bb52499"] | `<p data-css="tve-u-18e7bb52499" aria-hidden="true" data-acsb-force-hidden="true" role="presentation" data-acsb-hidden="true"></p>` |

# Webpage: **https://atooth.com/orthodontics**

## Navigations

Navigation issues are related to how users move through content and determine where they are on a page or site, where problems may be experienced with keyboard and screen reader navigation, focus order and visibility, and intuitive access to content.

**Selector**

#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content > .tve_scT.tve_red

**Fixed Code**

```
<div class="tve_scT tve_red" role="navigation"></div>
```

# Links

Link issues are related to the clarity and functionality of elements that function as links, including unclear or ambiguous link text and/or labels that confuse users about their purpose or destination.

**Selector**

.thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-33 .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element [data-css="tve-u-183d83cae91"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="https://www.bubblymoments.com/category/wellness/dentistry/orthodontics/" target="_blank" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | New Window</span></a>
```

**Selector**

.thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element [data-css="tve-u-18e7c0fe550"] > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="tel:%20773-729-6040" class="" style="outline: none;" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" data-acsb-hidden="false" data-acsb-force-visible="true" style="position: absolute !important; width: 1px !important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) !important; border: 0px !important;"> | Opens Phone</span></a>
```

# Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

| Selector | Fixed Code |
|---|---|
| .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.v-2 .tcb-flex-col .tcb-col > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_grow | `<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad tve_evt_manager_listen tve_et_mouseover tve_ea_thrive_animation tve_anim_grow" data-css="tve-u-183d83badf2" data-tcb-events="__TCB_EVENT_[{&quot;t&quot;:&quot;mouseover&quot;,&quot;config&quot;:{&quot;anim&quot;:&quot;grow&quot;,&quot;loop&quot;:1},&quot;a&quot;:&quot;thrive_animation&quot;}]_TNEVE_BCT__" style="cursor: pointer;" data-href="https://atooth.com/traditional-braces/" data-hash data-target role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>` |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3.tcb-medium-no-wrap.tcb-mobile-no-wrap .tcb-flex-col .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_grow > .tve-cb | `<div class="tve-cb" role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>` |

| Selector | Fixed Code |
|---|---|
| .tve-cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display | `<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-1786132eceb&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>` |

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-17861295394"]

**Fixed Code**

```
<h1 class data-css="tve-u-17861295394" style role="heading" aria-level="1"></h1>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-178612b4271"]

**Fixed Code**

```
<h2 class style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-css="tve-u-178612b4271" role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-66 .tcb-col > .thrv_wrapper.thrv_text_element

**Fixed Code**

```
<div class="thrv_wrapper thrv_text_element" role="heading" data-acsb-fake-title="true" aria-level="2"></div>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv-columns > .tcb-flex-row.tcb--cols--2.v-2

**Fixed Code**

```
<div class="tcb-flex-row tcb--cols--2 v-2" style data-css="tve-u-183d83e2ffd" role="heading" data-acsb-fake-title="true" aria-level="2"></div>
```

**Selector**

.thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-33 .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb > .thrv_wrapper.thrv_text_element

**Fixed Code**

```
<div class="thrv_wrapper thrv_text_element" role="heading" data-acsb-fake-title="true" aria-level="3"></div>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-33 .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv_text_element > [data-css="tve-u-183d83cae8f"]

**Fixed Code**

```
<p data-css="tve-u-183d83cae8f" style role="heading" data-acsb-fake-title="true" aria-level="4"></p>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4c2d0f46"]

**Fixed Code**

```
<p data-css="tve-u-16e4c2d0f46" style="text-align: center;" role="heading" data-acsb-fake-title="true" aria-level="2"></p>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4c2dcd6c"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e4c2dcd6c" style role="heading" aria-level="3"></h3>
```

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized.v-2.tcb-row-reversed-mobile .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4c2de4e5"] | `<h3 class data-css="tve-u-16e4c2de4e5" style role="heading" aria-level="3"></h3>` |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4c2e0327"] | `<h3 class data-css="tve-u-16e4c2e0327" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) ! important;" role="heading" aria-level="3"></h3>` |

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized.v-2.tcb-row-reversed-mobile .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4c2e15bd"] | `<h3 class data-css="tve-u-16e4c2e15bd" style role="heading" aria-level="3"></h3>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns > .tcb-flex-row.tcb--cols--3.tcb-medium-no-wrap.tcb-mobile-no-wrap | `<div class="tcb-flex-row tcb--cols--3 tcb-medium-no-wrap tcb-mobile-no-wrap" data-css="tve-u-16e4c24eed8" role="heading" data-acsb-fake-title="true" aria-level="2"></div>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4c3075a5"] | `<p data-css="tve-u-16e4c3075a5" style="text-align: center;" role="heading" data-acsb-fake-title="true" aria-level="2"></p>` |

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > p

**Fixed Code**

```
<p style="text-align: center;" role="heading" data-acsb-fake-
title="true" aria-level="3"></p>
```

---

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-
row.tcb--cols--2.tcb-resized.v-2 .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-1786130cfe3"]

**Fixed Code**

```
<h3 class data-css="tve-u-1786130cfe3" style role="heading"
aria-level="2"></h3>
```

---

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-
row.tcb--cols--2.tcb-resized.v-2 .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-1786130e4da"]

**Fixed Code**

```
<h3 class data-css="tve-u-1786130e4da" style role="heading"
aria-level="2"></h3>
```

---

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-
row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-16e46ab5929"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e46ab5929" style="color: var(--tcb-
color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !
important;" role="heading" aria-level="2"></h3>
```

---

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-
row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-17861310b4f"]

**Fixed Code**

```
<h3 data-css="tve-u-17861310b4f" class style role="heading"
aria-level="2"></h3>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-
css="tve-u-16ff1f7090c"]

**Fixed Code**

```
<h2 class data-css="tve-u-16ff1f7090c" style="text-align: center;"
role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-styled_list .tcb-styled-
list .thrv-styled-list-item > .thrv-advanced-inline-
text.tve_editable.tcb-styled-list-icon-text.tcb-no-delete.tcb-no-
save

**Fixed Code**

```
<span class="thrv-advanced-inline-text tve_editable tcb-styled-
list-icon-text tcb-no-delete tcb-no-save" data-css="tve-
u-16e47f1fa6b" role="heading" data-acsb-fake-title="true" aria-
level="3"></span>
```

**Selector**

#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad .tve-
cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-
flex-col .tcb-col .thrv_wrapper.thrv_text_element > [data-
css="tve-u-18e7c115da7"]

**Fixed Code**

```
<h2 class data-css="tve-u-18e7c115da7" style role="heading"
aria-level="2"></h2>
```

**Selector**

#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.
tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.
thrv-content-box.tve-elem-default-pad .tve-
cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-
flex-col .tcb-col .thrv_wrapper.thrv_text_element > [data-
css="tve-u-18e7c11713e"]

**Fixed Code**

```
<h2 dir="ltr" data-css="tve-u-18e7c11713e" style class
role="heading" aria-level="3"></h2>
```

**Selector**

.thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-
flex-col .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-
prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_fa
q .tve_faqI .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-
toggle-icon-right.tcb-icon-display > .tve-toggle-text

**Fixed Code**

```
<h4 class="tve-toggle-text" style role="heading" aria-level="4"></
h4>
```

# Keynav

Keynav issues are problems with navigating the site using only a keyboard, such as incorrect tab order, focus indicator visibility, or difficulty operating interactive elements.

**Selector**

.thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-resized.tcb--cols--2.tcb-medium-wrap.tcb-row-reversed-mobile .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.v-2 .tcb-flex-col .tcb-col > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_grow

**Fixed Code**

```
<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad tve_evt_manager_listen tve_et_mouseover tve_ea_thrive_animation tve_anim_grow" data-css="tve-u-183d83badf2" data-tcb-events="__TCB_EVENT_[{&quot;t&quot;:&quot;mouseover&quot;,&quot;config&quot;:{&quot;anim&quot;:&quot;grow&quot;,&quot;loop&quot;:1},&quot;a&quot;:&quot;thrive_animation&quot;}]_TNEVE_BCT__" style="cursor: pointer;" data-href="https://atooth.com/traditional-braces/" data-hash data-target role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3.tcb-medium-no-wrap.tcb-mobile-no-wrap .tcb-flex-col .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_grow > .tve-cb

**Fixed Code**

```
<div class="tve-cb" role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > .tve_tS.tve-state-expanded

**Fixed Code**

```
<li class="tve_tS tve-state-expanded" data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="tab"></li>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad .tve-cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > [data-tve-custom-colour]

**Fixed Code**

```
<li class data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="tab"></li>
```

**Selector**

.tve-cb .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1.v-2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI
> .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display

**Fixed Code**

```
<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-1786132eceb&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>
```

# Webpage: **https://atooth.com/oral-surgery**

## Navigations

Navigation issues are related to how users move through content and determine where they are on a page or site, where problems may be experienced with keyboard and screen reader navigation, focus order and visibility, and intuitive access to content.

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content > .tve_scT.tve_red

**Fixed Code**

```html
<div class="tve_scT tve_red" role="navigation"></div>
```

## Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

**Selector**

```
.tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-
columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-
reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-
wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-
col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-
content-edit .tve-toggle-
column .thrv_toggle_item.tve_faq .tve_faqI
> .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-
right.tcb-icon-display
```

**Fixed Code**

```
<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-
toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-
h-light" data-css="tve-u-17010f7948c" data-selector="[data-
css=&quot;tve-u-1786148ae7a&quot;] .thrv_toggle_title" data-
tcb_hover_state_parent style data-acsb-clickable="true" data-
acsb-navigable="true" tabindex="0" data-acsb-now-
navigable="true" role="button"></div>
```

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="c667f60a-6173-4bbf-b4a5-bb8b363f6199"]

**Fixed Code**

```
<h1 class data-css="tve-u-17861435c5f" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) ! important;" data-ose-uuid="c667f60a-6173-4bbf-b4a5-bb8b363f6199" role="heading" aria-level="1"></h1>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="4c82091c-fde3-4af8-9a23-affc1b23ba34"]

**Fixed Code**

```
<h2 class data-css="tve-u-17861440369" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) ! important;" data-ose-uuid="4c82091c-fde3-4af8-9a23-affc1b23ba34" role="heading" aria-level="2"></h2>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element > h2

**Fixed Code**

```
<h2 class role="heading" aria-level="2"></h2>
```

**Selector**

#tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element p > [data-start="78"]

**Fixed Code**

```
<strong data-end="95" data-start="78" role="heading" data-acsb-fake-title="true" aria-level="3"></strong>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-18e7c0639d3"]

**Fixed Code**

```
<h2 dir="ltr" style data-css="tve-u-18e7c0639d3" class role="heading" aria-level="2"></h2>
```

**Selector**

.thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display > .tve-toggle-text

**Fixed Code**

```
<h4 class="tve-toggle-text" style role="heading" aria-level="3"></h4>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="4c255913-49bc-46da-a4ec-9f5d9438b60f"]

**Fixed Code**

```
<h1 class data-css="tve-u-17861435c5f" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-ose-uuid="4c255913-49bc-46da-a4ec-9f5d9438b60f" role="heading" aria-level="1"></h1>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="8b3fa3f9-58b4-494e-b76e-4d0d6f7bf82f"]

**Fixed Code**

```
<h2 class data-css="tve-u-17861440369" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-ose-uuid="8b3fa3f9-58b4-494e-b76e-4d0d6f7bf82f" role="heading" aria-level="2"></h2>
```

# Keynav

Keynav issues are problems with navigating the site using only a keyboard, such as incorrect tab order, focus indicator visibility, or difficulty operating interactive elements.

| Selector | Fixed Code |
| --- | --- |
| #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > .tve_tS.tve-state-expanded | `<li class="tve_tS tve-state-expanded" data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="tab"></li>` |

| Selector | Fixed Code |
| --- | --- |
| #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_tabs_shortcode.thrv-tabbed-content .tve_scT.tve_red .tve_clearfix > [data-tve-custom-colour] | `<li class data-tve-custom-colour style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="tab"></li>` |

| Selector | Fixed Code |
| --- | --- |
| .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display | `<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-1786148ae7a&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>` |

# Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

## Selector

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .tcb-clear > .thrv_wrapper.thrv_tvo_display_testimonials

## Fixed Code

```
<div class="thrv_wrapper thrv_tvo_display_testimonials" data-css="tve-u-178700bf8ca" style aria-hidden="true"></div>
```

# Webpage: **https://atooth.com/pediatric-dentist**

## Navigations

Navigation issues are related to how users move through content and determine where they are on a page or site, where problems may be experienced with keyboard and screen reader navigation, focus order and visibility, and intuitive access to content.

**Selector**

.thrive-shortcode-html.thrive-symbol-shortcode.tve-default-state.tcb-mp .symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp > .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix

**Fixed Code**

```
<div class="thrive-shortcode-html tve-custom-menu-type thrive-shortcode-html-editable tve_clearfix" style role="navigation"></div>
```

**Selector**

.symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix > #m-16ac0d22724

**Fixed Code**

```
<ul id="m-16ac0d22724" class="tve_w_menu tve_horizontal" data-iid="35" style="z-index: 12;" data-acsb-menu="ul" aria-label="Breadcrumbs" role="navigation"></ul>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv_symbol.thrive-shortcode.thrv_footer.thrv_symbol_27.tve_no_drag .thrive-shortcode-html.thrive-symbol-shortcode .symbol-section-in .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone > .thrv_wrapper.thrv-columns

**Fixed Code**

```
<div class="thrv_wrapper thrv-columns" data-css="tve-u-169cbb59d5c" style="--tcb-col-el-width:1200;" role="navigation"></div>
```

# Dropdowns

Dropdown issues are related to the functionality and accessibility of dropdown controls, such as custom select fields or fly-out menus, and may include potential problems with keyboard operability, focus management, and screen reader compatibility.

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-1.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-1-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-1-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="alzmkhmmlizf"></ul>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-2.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-2-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-2-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="a5y9e1wwo4ba"></ul>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-3.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-3-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-3-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="a4ki56eaodae"></ul>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-7.menu-item-has-children.lvl-0.tve_editable > .sub-menu.menu-item-7-ul.tve_editable.acsb-hidden

**Fixed Code**

```
<ul class="sub-menu menu-item-7-ul tve_editable acsb-hidden" style="z-index: 13;" data-acsb-hidden="true" data-acsb-menu="ul" data-acsb-dropdown="aubiio5dpfwf"></ul>
```

# Links

Link issues are related to the clarity and functionality of elements that function as links, including unclear or ambiguous link text and/or labels that confuse users about their purpose or destination.

### Selector

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv_symbol.thrive-shortcode.thrv_header.thrv_symbol_200.tve_no_drag.tcb-mp .thrive-shortcode-html.thrive-symbol-shortcode.tve-default-state.tcb-mp .symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tcb-window-width .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-button.thrv-button-v2.tcb-local-vars-root.tcb-with-icon > a.tcb-button-link.tcb-plain-text

### Fixed Code

```
<a href="tel:7738973218" class="tcb-button-link tcb-plain-text" style="" data-acsb-overflower="true" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true"><span data-acsb-sr-only="true" style="position: absolute !important; width: 1px ! important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) ! important; border: 0px !important;" data-acsb-hidden="false" data-acsb-force-visible="true"> | Opens Phone</span></a>
```

### Selector

.thrv_wrapper.thrv-page-section.tve-custom-menu-inside.tcb-mp .tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box .tve-cb .thrv_wrapper.tve_image_caption .tve_image_frame > a[data-custom-button-processed="true"]

### Fixed Code

```
<a href="/" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" aria-label="Atooth"><span data-acsb-sr-only="true" style="position: absolute !important; width: 1px ! important; height: 1px !important; padding: 0px !important; overflow: hidden !important; clip: rect(0px, 0px, 0px, 0px) ! important; border: 0px !important;" data-acsb-hidden="false" data-acsb-force-visible="true"> | Redirects to homepage</span></a>
```

# Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv_symbol.thrive-shortcode.thrv_header.thrv_symbol_200.tve_no_drag.tcb-mp .thrive-shortcode-html.thrive-symbol-shortcode.tve-default-state.tcb-mp .symbol-section-in.tve-default-state.tcb-mp .thrv_wrapper.thrv-page-section.tcb-window-width .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-button.thrv-button-v2.tcb-local-vars-root.tve_ea_thrive_lightbox > a.tcb-button-link.tcb-plain-text.tve_evt_manager_listen.tve_et_click

**Fixed Code**

```
<a href class="tcb-button-link tcb-plain-text tve_evt_manager_listen tve_et_click" style data-tcb-events="__TCB_EVENT_[{&quot;config&quot;:{&quot;l_anim&quot;:&quot;slide_bottom&quot;,&quot;l_id&quot;:&quot;776&quot;},&quot;a&quot;:&quot;thrive_lightbox&quot;,&quot;t&quot;:&quot;click&quot;}]_TNEVE_BCT__" data-acsb-overflower="true" data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" role="button"></a>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-1.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-1-a.menu-item-1

**Fixed Code**

```
<a class="menu-item menu-item-1-a menu-item-1 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" data-acsb-tooltip="Use ⭢ /⭠  to navigate" role="button"></a>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-2.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-2-a.menu-item-2

**Fixed Code**

```
<a class="menu-item menu-item-2-a menu-item-2 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" role="button"></a>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-3.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-3-a.menu-item-3

**Fixed Code**

```
<a class="menu-item menu-item-3-a menu-item-3 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" role="button"></a>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone.tcb-mp .thrv_wrapper.thrv-columns.tve-custom-menu-inside .tcb-flex-row.v-2.tcb-mobile-no-wrap.m-edit.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col.tcb-mp .tcb-clear .thrv_wrapper.thrv_widget_menu.tve-custom-menu-upgrade.tve-menu-template-light-tmp-first.tve-mobile-side-right.tve-regular.tcb-mp .thrive-shortcode-html.tve-custom-menu-type.thrive-shortcode-html-editable.tve_clearfix #m-16ac0d22724 .menu-item.menu-item-7.menu-item-has-children.lvl-0.tve_editable > a.menu-item.menu-item-7-a.menu-item-7

**Fixed Code**

```
<a class="menu-item menu-item-7-a menu-item-7 " href data-acsb-clickable="true" data-acsb-navigable="true" data-acsb-now-navigable="true" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" role="button"></a>
```

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e4b918226"]

**Fixed Code**

```
<h1 data-css="tve-u-16e4b918226" style="text-align: left;" role="heading" aria-level="1"></h1>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-16cbf0d1536"]

**Fixed Code**

```
<p data-css="tve-u-16cbf0d1536" style="text-align: center;" role="heading" data-acsb-fake-title="true" aria-level="2"></p>
```

## Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

| Selector | Fixed Code |
|---|---|
| body > #fb-root | `<div id="fb-root" class=" fb_reset" data-acsb-hidden="true" aria-hidden="true"></div>` |

# Webpage: **https://atooth.com/periodontics**

## Links

Link issues are related to the clarity and functionality of elements that function as links, including unclear or ambiguous link text and/or labels that confuse users about their purpose or destination.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element p > a[data-custom-button-processed="true"]

**Fixed Code**

```
<a href="tel:%20773-692-5928" target="_blank" class=""
style="outline: none;" data-acsb-clickable="true" data-acsb-
navigable="true" data-acsb-now-navigable="true" data-custom-
button-processed="true"><span data-acsb-sr-only="true" data-
acsb-hidden="false" data-acsb-force-visible="true"
style="position: absolute !important; width: 1px !important;
height: 1px !important; padding: 0px !important; overflow:
hidden !important; clip: rect(0px, 0px, 0px, 0px) !important;
border: 0px !important;"> | New Window</span></a>
```

# Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section.tve-height-
update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.t
hrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pa
d.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_anim
ation.tve_anim_wobble_horizontal > .tve-cb

**Fixed Code**

```
<div class="tve-cb" data-css="tve-u-178622c484a" style
role="button" data-acsb-navigable="true" tabindex="0" data-
acsb-now-navigable="true"></div>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section.tve-height-
update .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-
grid.tve-prevent-content-edit .tve-toggle-
column .thrv_toggle_item.tve_faq .tve_faqI
> .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-
right.tcb-icon-display

**Fixed Code**

```
<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-
toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-
h-light" data-css="tve-u-17010f7948c" data-selector="[data-
css=&quot;tve-u-178622d9f8d&quot;] .thrv_toggle_title" data-
tcb_hover_state_parent style data-acsb-clickable="true" data-
acsb-navigable="true" tabindex="0" data-acsb-now-
navigable="true" role="button"></div>
```

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-1786228fae7"]

**Fixed Code**

<h1 class data-css="tve-u-1786228fae7" style role="heading" aria-level="1"></h1>

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update > .tve-page-section-in.tve_empty_dropzone

**Fixed Code**

<div class="tve-page-section-in tve_empty_dropzone" data-css="tve-u-178622c4839" style role="heading" data-acsb-fake-title="true" aria-level="2"></div>

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-ose-uuid="8997decf-be2c-4dd8-abcd-76f5d7c8fd73"]

**Fixed Code**

<h2 dir="ltr" class data-ose-uuid="8997decf-be2c-4dd8-abcd-76f5d7c8fd73" role="heading" aria-level="2"></h2>

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > h2

**Fixed Code**

<h2 dir="ltr" class role="heading" aria-level="2"></h2>

**Selector**

#tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display > .tve-toggle-text

**Fixed Code**

<h4 class="tve-toggle-text" style role="heading" aria-level="3"></h4>

**Selector**

#tve_flt #tve_editor .thrv_wrapper.thrv_symbol.thrive-shortcode.thrv_symbol_234 .thrive-shortcode-html.thrive-symbol-shortcode .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1 .tcb-flex-col .tcb-col > .thrv_wrapper.thrv_text_element

**Fixed Code**

```
<div class="thrv_wrapper thrv_text_element" role="heading" data-acsb-fake-title="true" aria-level="2"></div>
```

**Selector**

#tve_flt #tve_editor .thrv_wrapper.thrv_symbol.thrive-shortcode.thrv_symbol_234 .thrive-shortcode-html.thrive-symbol-shortcode .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--1 .tcb-flex-col .tcb-col > .thrv_wrapper.thrv_text_element

**Fixed Code**

```
<div class="thrv_wrapper thrv_text_element" role="heading" data-acsb-fake-title="true" aria-level="2"></div>
```

# Keynav

Keynav issues are problems with navigating the site using only a keyboard, such as incorrect tab order, focus indicator visibility, or difficulty operating interactive elements.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_wobble_horizontal > .tve-cb

**Fixed Code**

```
<div class="tve-cb" data-css="tve-u-178622c484a" style role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display

**Fixed Code**

```
<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-178622d9f8d&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>
```

## Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section.tve-height-update .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element p > a[data-custom-button-processed="true"] | `<a href="https://atooth.com/restorative-dentistry/" data-acsb-clickable="true" data-acsb-navigable="true" tabindex="-1" data-acsb-now-navigable="false" data-acsb-hidden="true" data-custom-button-processed="true" aria-hidden="true"></a>` |

# Webpage: **https://atooth.com/dental-implants**

## Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3 .tcb-flex-col .tcb-col > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_grow | `<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad tve_evt_manager_listen tve_et_mouseover tve_ea_thrive_animation tve_anim_grow" data-css="tve-u-16e46990f70" data-tcb-events="__TCB_EVENT_[{&quot;t&quot;:&quot;mouseover&quot;,&quot;config&quot;:{&quot;anim&quot;:&quot;grow&quot;,&quot;loop&quot;:1},&quot;a&quot;:&quot;thrive_animation&quot;}]_TNEVE_BCT__" style="cursor: pointer;" data-href="https://atooth.com/single-tooth-dental-implants/" data-hash data-target role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>` |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display | `<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-178613ea878&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>` |

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="becc68a8-1698-46d3-badd-2b28139c3185"]

**Fixed Code**

```
<h1 class data-css="tve-u-1786138827e" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-ose-uuid="becc68a8-1698-46d3-badd-2b28139c3185" role="heading" aria-level="1"></h1>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="d9f39177-f79f-4d03-97a4-013cff53518c"]

**Fixed Code**

```
<h2 class data-css="tve-u-17861394633" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-ose-uuid="d9f39177-f79f-4d03-97a4-013cff53518c" role="heading" aria-level="2"></h2>
```

**Selector**

#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb-resized.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv-styled_list .tcb-styled-list .thrv-styled-list-item > .thrv-advanced-inline-text.tve_editable.tcb-styled-list-icon-text.tcb-no-delete.tcb-no-save

**Fixed Code**

```
<span class="thrv-advanced-inline-text tve_editable tcb-styled-list-icon-text tcb-no-delete tcb-no-save" data-css="tve-u-17652781041" style role="heading" data-acsb-fake-title="true" aria-level="3"></span>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-178613c2d3c"]

**Fixed Code**

```
<h2 class style="text-align: center;" data-css="tve-u-178613c2d3c" role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-178613cd130"]

**Fixed Code**

```
<h2 class style="text-align: center;" data-css="tve-u-178613cd130" role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3 > .tcb-flex-col

**Fixed Code**

```
<div class="tcb-flex-col" role="heading" data-acsb-fake-title="true" aria-level="2"></div>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3 .tcb-flex-col > .tcb-col

**Fixed Code**

```
<div class="tcb-col" role="heading" data-acsb-fake-title="true" aria-level="2"></div>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-178613d6243"]

**Fixed Code**

```
<h2 class style="text-align: center;" data-css="tve-u-178613d6243" role="heading" aria-level="2"></h2>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized.v-2 .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e46ab5929"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e46ab5929" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" role="heading" aria-level="2"></h3>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-178613d999c"]

**Fixed Code**

```
<h3 class data-css="tve-u-178613d999c" style role="heading" aria-level="2"></h3>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-178613db8e6"]

**Fixed Code**

```
<h3 data-css="tve-u-178613db8e6" class style role="heading" aria-level="2"></h3>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-178613de2b6"]

**Fixed Code**

```
<h2 class style="text-align: center;" data-css="tve-u-178613de2b6" role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-17861429a81"]

**Fixed Code**

```
<h2 data-css="tve-u-17861429a81" class style role="heading" aria-level="2"></h2>
```

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > h2

**Fixed Code**

```
<h2 dir="ltr" class role="heading" aria-level="2"></h2>
```

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display > .tve-toggle-text | `<h4 class="tve-toggle-text" style role="heading" aria-level="3"></h4>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="e1c92a02-3489-44d4-b2b4-e614a0fd6a37"] | `<h1 class data-css="tve-u-1786138827e" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-ose-uuid="e1c92a02-3489-44d4-b2b4-e614a0fd6a37" role="heading" aria-level="1"></h1>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-ose-uuid="133ca621-5742-40bb-a921-1cf7c8d4bf89"] | `<h2 class data-css="tve-u-17861394633" style="color: var(--tcb-color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !important;" data-ose-uuid="133ca621-5742-40bb-a921-1cf7c8d4bf89" role="heading" aria-level="2"></h2>` |

# Keynav

Keynav issues are problems with navigating the site using only a keyboard, such as incorrect tab order, focus indicator visibility, or difficulty operating interactive elements.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--3 .tcb-flex-col .tcb-col > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad.tve_evt_manager_listen.tve_et_mouseover.tve_ea_thrive_animation.tve_anim_grow | `<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad tve_evt_manager_listen tve_et_mouseover tve_ea_thrive_animation tve_anim_grow" data-css="tve-u-16e46990f70" data-tcb-events="__TCB_EVENT_[{&quot;t&quot;:&quot;mouseover&quot;,&quot;config&quot;:{&quot;anim&quot;:&quot;grow&quot;,&quot;loop&quot;:1},&quot;a&quot;:&quot;thrive_animation&quot;}]_TNEVE_BCT__" style="cursor: pointer;" data-href="https://atooth.com/single-tooth-dental-implants/" data-hash data-target role="button" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true"></div>` |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display | `<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-178613ea878&quot;] .thrv_toggle_title" data-tcb_hover_state_parent style data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>` |

## Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_text_element [data-css="tve-u-16e46ac3a90"] > a[data-custom-button-processed="true"] | `<a class href="https://atooth.com/orthodontics/?tve=true&amp;tcbf=c69175fac2#" style="outline: none; display: inline-block;" data-acsb-clickable="true" data-acsb-navigable="true" tabindex="-1" data-acsb-now-navigable="false" data-acsb-hidden="true" data-custom-button-processed="true" aria-hidden="true"></a>` |

# Webpage: **https://atooth.com/traditional-braces**

## Buttons

Button issues are problems with interactive controls that perform actions on the same page, such as missing or unclear labels, improper roles, and lack of keyboard operability.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad | `<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad" data-css="tve-u-178616ce725" data-href="https://atooth.com/orthodontics/" data-hash data-target style="cursor: pointer;" data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>` |

| Selector | Fixed Code |
|---|---|
| .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2 .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI > .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display | `<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-1786171c975&quot;] .thrv_toggle_title" data-tcb_hover_state_parent data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>` |

# Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-178616ce71d"] | `<h1 class data-css="tve-u-178616ce71d" style role="heading" aria-level="1"></h1>` |

| Selector | Fixed Code |
|---|---|
| .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element > [data-css="tve-u-16fd91448a4"] | `<h2 class data-css="tve-u-16fd91448a4" role="heading" aria-level="2"></h2>` |

| Selector | Fixed Code |
|---|---|
| #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv-styled_list .tcb-styled-list .thrv-styled-list-item > .thrv-advanced-inline-text.tve_editable.tcb-styled-list-icon-text.tcb-no-delete.tcb-no-save | `<span class="thrv-advanced-inline-text tve_editable tcb-styled-list-icon-text tcb-no-delete tcb-no-save" data-css="tve-u-16d558d9517" style role="heading" data-acsb-fake-title="true" aria-level="3"></span>` |

| Selector | Fixed Code |
|---|---|
| #tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv_text_element > [data-css="tve-u-16e5b183aaf"] | `<p data-css="tve-u-16e5b183aaf" style="text-align: center;" role="heading" data-acsb-fake-title="true" aria-level="2"></p>` |

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-
row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-16e5b183ab0"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e5b183ab0" style="color: var(--tcb-
color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !
important;" role="heading" aria-level="3"></h3>
```

**Selector**

#tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-
section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv-
columns .tcb-flex-row.tcb--cols--2.tcb-resized.v-2.tcb-row-
reversed-mobile .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-16e5b183ab1"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e5b183ab1" style="color: var(--tcb-
color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !
important;" role="heading" aria-level="3"></h3>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-
homepage.tve_lp_template_wrapper #tve_flt
#tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-
in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-
row.tcb--cols--2.tcb-resized .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-16e5b183ab2"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e5b183ab2" style="color: var(--tcb-
color-1) !important; --tcb-applied-color:var$(--tcb-color-1) !
important;" role="heading" aria-level="3"></h3>
```

**Selector**

#tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-
section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv-
columns .tcb-flex-row.tcb--cols--2.tcb-resized.v-2.tcb-row-
reversed-mobile .tcb-flex-col.c-66 .tcb-
col .thrv_wrapper.thrv_text_element > [data-css="tve-
u-16e5b183ab3"]

**Fixed Code**

```
<h3 class data-css="tve-u-16e5b183ab3" style role="heading"
aria-level="3"></h3>
```

**Selector**

.thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2 .tcb-
flex-col.c-66 .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-
grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_ite
m.tve_faq .tve_faqI .tve_faqB.thrv_toggle_title.tve-toggle-show-
icon.tve-toggle-icon-right.tcb-icon-display > .tve-toggle-text

**Fixed Code**

```
<h4 class="tve-toggle-text" role="heading" aria-level="4"></h4>
```

# Keynav

Keynav issues are problems with navigating the site using only a keyboard, such as incorrect tab order, focus indicator visibility, or difficulty operating interactive elements.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone
> .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad

**Fixed Code**

```
<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad" data-css="tve-u-178616ce725" data-href="https://atooth.com/orthodontics/" data-hash data-target style="cursor: pointer;" data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>
```

**Selector**

.tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb--cols--2 .tcb-flex-col.c-66 .tcb-col .thrv_wrapper.thrv_toggle .tve-toggle-grid.tve-prevent-content-edit .tve-toggle-column .thrv_toggle_item.tve_faq .tve_faqI
> .tve_faqB.thrv_toggle_title.tve-toggle-show-icon.tve-toggle-icon-right.tcb-icon-display

**Fixed Code**

```
<div class="tve_faqB thrv_toggle_title tve-toggle-show-icon tve-toggle-icon-right tcb-icon-display" data-icon-code="icon-ellipsis-h-light" data-css="tve-u-17010f7948c" data-selector="[data-css=&quot;tve-u-1786171c975&quot;] .thrv_toggle_title" data-tcb_hover_state_parent data-acsb-clickable="true" data-acsb-navigable="true" tabindex="0" data-acsb-now-navigable="true" role="button"></div>
```

# Webpage: **https://atooth.com/privacy-policy**

## Headings

Heading issues are related to the classification and hierarchy of headings on a page, including improper use of headings, which affects orientation and navigation for users relying on assistive technology.

**Selector**

#tcb_landing_page .tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .tcb-clear .thrv_wrapper.thrv_text_element > [data-css="tve-u-62703c8c5bdb13"]

**Fixed Code**

```
<h1 class data-css="tve-u-62703c8c5bdb13" style role="heading" aria-level="1"></h1>
```

**Selector**

.tve_post_lp.tve_lp_tcb2-flat-2-0-homepage.tve_lp_template_wrapper #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .thrv_wrapper.thrv_text_element > p

**Fixed Code**

```
<p "  class=" " style tve-droppable" role="heading" data-acsb-fake-title="true" aria-level="2"></p>
```

## Hiddens

Hidden element issues are related to visually hidden elements, which may be incorrectly exposed to screen readers and keyboard users, causing confusion and navigation difficulties.

| Selector | Fixed Code |
|---|---|
| #tve_flt #tve_editor .thrv_wrapper.thrv-page-section .tve-page-section-in.tve_empty_dropzone .thrv_wrapper.thrv-columns .tcb-flex-row.v-2.tcb-row-reversed-tablet.tcb-row-reversed-mobile.tcb-resized.tcb-medium-no-wrap.tcb-mobile-wrap.m-edit.tcb--cols--2 .tcb-flex-col .tcb-col .tcb-clear .tcb-clear > .thrv_wrapper.thrv_contentbox_shortcode.thrv-content-box.tve-elem-default-pad | `<div class="thrv_wrapper thrv_contentbox_shortcode thrv-content-box tve-elem-default-pad" data-css="tve-u-62703c8c5bdc65" style data-acsb-hidden="true" aria-hidden="true"></div>` |

# EXHIBIT 2 TO DECLARATION OF KEN LENTZ

*Accessibility Statement for atooth.com*
*Dated February 8, 2026*

# Accessibility Statement

Issued by



atooth.com        February 8, 2026

## Compliance status

We firmly believe that the internet should be available and accessible to anyone and are committed to providing a website that is accessible to the broadest possible audience, regardless of ability.

To fulfill this, we aim to adhere as strictly as possible to the World Wide Web Consortium's (W3C) Web Content Accessibility Guidelines 2.1 (WCAG 2.1) at the AA level. These guidelines explain how to make web content accessible to people with a wide array of disabilities. Complying with those guidelines helps us ensure that the website is accessible to blind people, people with motor impairments, visual impairment, cognitive disabilities, and more.

This website utilizes various technologies that are meant to make it as accessible as possible at all times. We utilize an accessibility interface that allows persons with specific disabilities to adjust the website's UI (user interface) and design it to their personal needs.

Additionally, the website utilizes an AI-based application that runs in the background and optimizes its accessibility level constantly. This application remediates the website's HTML, adapts its functionality and behavior for screen-readers used by blind users, and for keyboard functions used by individuals with motor impairments.

If you wish to contact the website's owner please use the following email ken@intunedigital.com

## Screen-reader and keyboard navigation

Our website implements the ARIA attributes (Accessible Rich Internet Applications) technique, alongside various behavioral changes, to ensure blind users visiting with screen-readers can read, comprehend, and enjoy the website's functions. As soon as a user with a screen-reader enters your site, they immediately receive a prompt to enter the Screen-Reader Profile so they can browse and operate your site effectively. Here's how our website covers some of the most important screen-reader requirements:

1. **Screen-reader optimization:**
   we run a process that learns the website's components from top to bottom, to ensure ongoing compliance even when updating the website. In this process, we provide screen-readers with meaningful data using the ARIA set of attributes. For example, we provide accurate form labels; descriptions for actionable icons (social media icons, search icons, cart icons, etc.); validation guidance for form inputs; element roles such as buttons, menus, modal dialogues (popups), and others.

   Additionally, the background process scans all of the website's images. It provides an accurate and meaningful image-object-recognition-based description as an ALT (alternate text) tag for images that are not described. It will also extract texts embedded within the image using an OCR (optical character recognition) technology. To turn on screen-reader adjustments at any time, users need only to press the Alt+1 keyboard combination. Screen-reader users also get automatic announcements to turn the Screen-reader mode on as soon as they enter the website.

   These adjustments are compatible with popular screen readers such as JAWS, NVDA, VoiceOver, and TalkBack.

2. **Keyboard navigation optimization:**
   The background process also adjusts the website's HTML and adds various behaviors using JavaScript code to make the website operable by the keyboard. This includes the ability to navigate the website using the Tab and Shift+Tab keys, operate dropdowns with the arrow keys, close them with Esc, trigger buttons and links using the Enter key, navigate between radio and checkbox elements using the arrow keys, and fill them in with the Spacebar or Enter key.

   Additionally, keyboard users will find content-skip menus available at any time by clicking Alt+2, or as the first element of the site while navigating with the keyboard. The background process also handles triggered popups by moving the keyboard focus towards them as soon as they appear, not allowing the focus to drift outside.

   Users can also use shortcuts such as "M" (menus), "H" (headings), "F" (forms), "B" (buttons), and "G" (graphics) to jump to specific elements.

## Disability profiles supported on our website

- Epilepsy Safe Profile: this profile enables people with epilepsy to safely use the website by eliminating the risk of seizures resulting from flashing or blinking animations and risky color

combinations.

- Vision Impaired Profile: this profile adjusts the website so that it is accessible to the majority of visual impairments such as Degrading Eyesight, Tunnel Vision, Cataract, Glaucoma, and others.

- Cognitive Disability Profile: this profile provides various assistive features to help users with cognitive disabilities such as Autism, Dyslexia, CVA, and others, to focus on the essential elements more easily.

- ADHD Friendly Profile: this profile significantly reduces distractions and noise to help people with ADHD, and Neurodevelopmental disorders browse, read, and focus on the essential elements more easily.

- Blind Users Profile (Screen-readers): this profile adjusts the website to be compatible with screen-readers such as JAWS, NVDA, VoiceOver, and TalkBack. A screen-reader is installed on the blind user's computer, and this site is compatible with it.

- Keyboard Navigation Profile (Motor-Impaired): this profile enables motor-impaired persons to operate the website using the keyboard Tab, Shift+Tab, and the Enter keys. Users can also use shortcuts such as "M" (menus), "H" (headings), "F" (forms), "B" (buttons), and "G" (graphics) to jump to specific elements.

## Additional UI, design, and readability adjustments

1. **Font adjustments**
   users can increase and decrease its size, change its family (type), adjust the spacing, alignment, line height, and more.

2. **Color adjustments**
   users can select various color contrast profiles such as light, dark, inverted, and monochrome. Additionally, users can swap color schemes of titles, texts, and backgrounds with over seven different coloring options.

3. **Animations**
   epileptic users can stop all running animations with the click of a button. Animations controlled by the interface include videos, GIFs, and CSS flashing transitions.

4. **Content highlighting**
   users can choose to emphasize essential elements such as links and titles. They can also

choose to highlight focused or hovered elements only.

5. **Audio muting**
   users with hearing devices may experience headaches or other issues due to automatic audio playing. This option lets users mute the entire website instantly.

6. **Cognitive disorders**
   we utilize a search engine linked to Wikipedia and Wiktionary, allowing people with cognitive disorders to decipher meanings of phrases, initials, slang, and others.

7. **Additional functions**
   we allow users to change cursor color and size, use a printing mode, enable a virtual keyboard, and many other functions.

## Assistive technology and browser compatibility

We aim to support as many browsers and assistive technologies as possible, so our users can choose the best fitting tools for them, with as few limitations as possible. Therefore, we have worked very hard to be able to support all major systems that comprise over 95% of the user market share, including Google Chrome, Mozilla Firefox, Apple Safari, Opera and Microsoft Edge, JAWS, and NVDA (screen readers), both for Windows and MAC users.

## Notes, comments, and feedback

Despite our very best efforts to allow anybody to adjust the website to their needs, there may still be pages or sections that are not fully accessible, are in the process of becoming accessible, or are lacking an adequate technological solution to make them accessible. Still, we are continually improving our accessibility, adding, updating, improving its options and features, and developing and adopting new technologies. All this is meant to reach the optimal level of accessibility following technological advancements. If you wish to contact the website's owner, please use the following email ken@intunedigital.com

