Sagar Sharma, Esq.
Sagsharma LLC
33 North Dearborn Street, Suite 2400
Chicago, IL 60602
*Counsel for Defendant*
*American Dental Associates, Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LISA ANDERSON, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 1:26-cv-01084 |
| v. | |
| AMERICAN DENTAL ASSOCIATES, LTD., | |
| Defendant. | |

This matter having been opened to the Court by Sagsharma LLC, on behalf of American Dental Associates, Ltd. (Sagar Sharma, Esq., appearing); on notice to and in the presence of Equal Access Group, PLLC (_____, Esq., appearing), attorneys for Plaintiff Lisa Anderson, on behalf of herself and all others similarly situated; and the Court having considered all submissions of the parties and all arguments in connection with Defendant's motion; and having heard the arguments of counsel; and good cause having been shown for the entry of this Order, for the reasons stated on the record;

IT IS, on this \_\_\_ day of _____, 2026:

1.      **ORDERED** that the Motion for Dismissal filed by American Dental Associates, Ltd., is hereby GRANTED; and it is further

2. **ORDERED** that all claims against American Dental Associates, Ltd., are hereby dismissed with prejudice;

3. **ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date hereof; and it is further

4. **ORDERED** that a copy of this Order will be served on all parties through the CM/ECF system.

_____

, U.S.M.J.

Opposed ___

Unopposed ___