**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Lisa Anderson

                                        Plaintiff,

v.                                                      Case No.: 1:26–cv–01084
                                                        Honorable Rebecca R. Pallmeyer

American Dental Associates, LTD.

                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, March 30, 2026:


        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant's petition [11] is denied without prejudice. Plaintiff's filing of an overlength brief without seeking leave is indeed a violation of the rules and is disappointing. As the number of additional pages is comparatively modest, however, the court is confident that, had leave been requested, it would have been granted. The court therefore declines to strike Plaintiff's response but will allow Defendant leave to file a reply brief of 22 pages as well. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.