**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lisa Anderson

Plaintiff,

v.

Case No.: 1:26−cv−01084
Honorable Rebecca R. Pallmeyer

American Dental Associates, LTD.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Notice of Voluntary Dismissal Without Prejudice and F.R.C.P. Rule 41(a)(1)(A)(i) [14], this case is dismissed without prejudice, without costs, disbursements, or attorneys' fees to any party. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.